Teresa Weaver
C/O J. HARMOND HUGHEY
2872 Ygnacio Valley Rd, # 415
Walnut Creek, CA 94598
Telephone: (415) 573-9515
Email: JHARMONDHUGHEY@GMAIL.COM

Pro Se Plaintiff

**FILED**
JUL 9 2025
RECEIVED
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
2025 JUL -9 P 3: 54
CLERK, U.S. DISTRICT COURT
N. DIST. OF CA.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND

TERESA WEAVER,

    Plaintiff,

vs.

OAKLAND HOUSING AUTHORITY,
and DOES 1-30, inclusive,

    Defendants.

Case no. CV 25-5792 SK

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

Plaintiff Teresa Weaver ("Plaintiff") alleges as follows:

## 1. NATURE OF THE ACTION

1.1 This action is for injunctive and monetary relief based primarily on denial of housing and circumstances arising from it.

## 2. JURISDICTION AND VENUE

2.1 This Court has federal-question jurisdiction under 28 U.S.C. § 1331 because Plaintiff asserts claims arising under federal statutes (FHA and ADA) and federal regulations (HUD PIH Notice 2021-15).

2.2 Venue is proper under 28 U.S.C. § 1391(b)(1)(2) because Defendant resides in this district and a substantial part of the events giving rise to the claim occurred here.

## 3. PARTIES

3.1 Plaintiff Teresa Weaver is an individual with disabilities (including PTSD and anxiety) who is a qualified beneficiary of HUD's Emergency Housing Voucher Program. She resides in Oakland, California.

1 | COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

3.2 Defendant Oakland Housing Authority ("OHA") is a public housing authority organized under California law with its principal office in Oakland, California. OHA administers HUD-funded housing programs, including the EHV Program.

## 4. STATEMENT OF FACTS

4.1 In October 2018, Plaintiff became homeless after fleeing domestic violence and obtained HUD EHV assistance in February 2022.

4.2 Plaintiff requested reasonable accommodations in February 2022 to include her caregiver, Luke Strickland, in her voucher household and, in April 2022, to secure a two-bedroom voucher due to her disability. OHA approved these requests.

4.3 OHA agreed to extensions of Plaintiff's voucher twice—first through November 2022 and then through January 31, 2023—but repeatedly ignored Plaintiff's specific requests for housing search assistance as required by PIH Notice 2021-15.

4.4 Despite Plaintiff's repeated emails (Sept. 2022–Feb. 2023) requesting interactive-process engagement and housing search help, OHA failed to provide meaningful assistance.

4.5 On March 2, 2023, Plaintiff's voucher expired. OHA refused further extensions and refused to provide housing search assistance.

4.6 Plaintiff exhausted administrative remedies by filing a HUD discrimination complaint; HUD issued a "no-cause" determination on July 16, 2024, and issued a right-to-sue letter, received March 1, 2024.

4.7 Plaintiff has been deprived of her housing subsidy, suffered emotional distress, and remains homeless due to OHA's failures.

## 5. CAUSES OF ACTION

**Count I: Fair Housing Act – Failure to Provide Reasonable Accommodation** (42 U.S.C. § 3604(f)(3)(B))

Plaintiff realleges ¶¶ 1–4.7.

OHA refused Plaintiff's repeated requests for housing search assistance, which was a reasonable accommodation of her PTSD and anxiety. OHA's actions constitute discrimination based on disability.

As a direct result, Plaintiff lost her housing voucher and suffered emotional and financial harm.

**Count II: ADA Title II – Denial of Meaningful Access** (42 U.S.C. § 12132)

Plaintiff realleges ¶¶ 1–4.7.
OHA, as a public entity, denied Plaintiff meaningful access to its housing voucher program by

failing to provide reasonable accommodations and engage in the required interactive process. Plaintiff has been injured by OHA's discriminatory conduct.

**Count III: Violation of HUD EHV Obligations – PIH Notice 2021-15**

Plaintiff realleges ¶¶ 1–4.7.

PIH Notice 2021-15 mandates that PHA's provide housing search assistance to EHV holders with disabilities. OHA's failure to do so violated HUD's program requirements.

**Count IV: 42 U.S.C. § 1983 – Due Process Violation (Fifth and Fourteenth Amendments)**

Plaintiff realleges ¶¶ 1–4.7.

OHA's termination of Plaintiff's voucher without adequate process and its arbitrary refusal to provide accommodations deprived Plaintiff of a property interest without due process.

6.  **PRAYER FOR RELIEF**

Wherefore, Plaintiff Teresa Weaver requests that this Court:

a. Award compensatory damages, including lost housing subsidy, out-of-pocket expenses, and emotional distress;

b. Grant injunctive relief requiring OHA to reinstate Plaintiff's voucher, provide housing search assistance, and engage in the interactive process;

c. Award attorneys' fees and costs under 42 U.S.C. § 3613(c) and other applicable law;

d. Award pre- and post-judgment interest; and

e. Grant any further relief the Court deems just and proper.

Dated: 07/09/2025

_____
TERESA WEAVER
Pro Se Plaintiff

**DEMAND FOR JURY TRIAL**

I, TERESA WEAVER, request a JURY TRIAL.

Dated: 07/09/2025

_____
TERESA WEAVER
Pro Se Plaintiff